IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00843-RPM

LINDA M. MULLENS,

      Plaintiff,

 v.

CARESTREAM HEALTH, INC., a/k/a Care Stream Health Group, a Delaware corporation, and subsidiary of ONEX CORPORATION, a foreign corporation (CANADA),

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **July 31, 2009, at 10:00 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.    Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on July 23, 2009.**

      The conference is conducted with counsel only and no parties or representatives of parties

will be permitted to attend.

      Dated:   June 5th, 2009

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____

                  Richard P. Matsch, Senior District Judge