IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00843-RPM

LINDA M. MULLENS,

    Plaintiff,

v.

CARESTREAM HEALTH, INC., a/k/a Care Stream Health Group, a Delaware corporation, and subsidiary of ONEX CORPORATION, a foreign corporation (CANADA),

    Defendants.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [11], filed on August 24, 2009, it is

    ORDERED that this case is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    DATED:  August 25th, 2009

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge